*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama

EXHIBIT A

# United States of America
### United States Patent and Trademark Office

## THE OUTLAWYER

**Reg. No. 5,083,664**  
**Registered Nov. 15, 2016**  
**Int. Cl.: 45**  
**Service Mark**  
**Principal Register**

Abbott, Matt (UNITED STATES INDIVIDUAL)  
2100 Morris Avenue  
Birmingham, AL 35203

CLASS 45: Legal services

FIRST USE 11-1-2014; IN COMMERCE 7-1-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-849,701, FILED 12-15-2015  
JILLIAN REDDIN CANTOR, EXAMINING ATTORNEY



*Michelle K. Lee*  
Director of the United States  
Patent and Trademark Office