*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama

**EXHIBIT B**

# EXHIBIT B
## Listing of Internet Domains Acquired by Abbott

- Outlawyer.co
- Outlawyer.com
- Outlawyers.com
- Outlawyers.org
- Theoutlawyer.info
- Theoutlawyers.info
- Outlawyertheotherside.net
- Outlawyertheotherside.com
- Outlawyerthecompetition.info
- Outlawyertheinsurancecompany.org
- Outlawyerinsurancecompanies.net
- Outlawyerinsurancecompanies.com
- Outlawyersolutions.info
- Outlawyerthebadguys.org
- Outlawyercorporateamerica.net
- Outlawyercorporateamerica.com
- Outlawyerenterprise.info
- Outlawyertheestablishment.info
- Outlawyerit.info
- Outlawyerit.com
- Outlawyerthesystem.net
- Outlawyerinsights.net
- Outlawyerinsights.com
- Hiretheoutlawyer.info
- Calltheoutlawyer.com
- Gooutlawyer.net
- Gooutlawyer.com
- Alabamaoutlawyer.info
- Mississippioutlawyer.net
- Coloradooutlawyer.net
- Coloradooutlawyer.com
- Southcarolinaoutlawyer.info
- Kentuckyoutlawyer.org
- Northcarolinaoutlawyer.net
- Northcarolinaoutlawyer.com
- Arkansasoutlawyer.info
- Floridaoutlawyer.net
- Tennesseeoutlawyer.com
- Tennesseeoutlawyer.info
- Georgiaoutlawyer.net
- Texasoutlawyer.net
- Southernoutlawyer.net
- Southernoutlawyer.com
- Outlawyer.biz
- Outlawyer.net
- Outlawyers.info
- Theoutlawyer.co
- Theoutlawyer.com
- Theoutlawyers.net
- Outlawyertheotherside.org
- Outlawyerthecompetition.net
- Outlawyerthecompetition.com
- Outlawyertheinsurancecompany.info
- Outlawyerinsurancecompanies.org
- Outlawyersolutions.net
- Outlawyersolutions.com
- Outlawyerthebadguys.info
- Outlawyercorporateamerica.info
- Outlawyerenterprise.net
- Outlawyerenterprise.com
- Outlawyertheestablishment.net
- Outlawyerit.org
- Outlawyerthesystem.org
- Outlawyerthesystem.com
- Outlawyerinsights.org
- Hiretheoutlawyer.com
- Hiretheoutlawyer.org
- Calltheoutlawyer.org
- Gooutlawyer.org
- Alabamaoutlawyer.com
- Alabamaoutlawyer.org
- Mississippioutlawyer.info
- Coloradooutlawyer.org
- Southcarolinaoutlawyer.net
- Southcarolinaoutlawyer.com
- Kentuckyoutlawyer.info
- Northcarolinaoutlawyer.org
- Arkansasoutlawyer.net
- Arkansasoutlawyer.com
- Floridaoutlawyer.info
- Tennesseeoutlawyer.net
- Georgiaoutlawyer.com
- Georgiaoutlawyer.org
- Texasoutlawyer.info
- Southernoutlawyer.org
- Cowboyhatoutlawyer.com
- Outlawyer.info
- Outlawyer.org
- Outlawyers.net
- Theoutlawyer.net
- Theoutlawyers.com
- Theoutlawyers.org
- Outlawyertheotherside.info
- Outlawyerthecompetition.org
- Outlawyertheinsurancecompany.net
- Outlawyertheinsurancecompay.com
- Outlawyerinsurancecompanies.info
- Outlawyersolutions.org
- Outlawyerthebadguys.net
- Outlawyerthebadguys.com
- Outlawyercorporateamerica.org
- Outlawyerenterprise.org
- Outlawyertheestablishment.org
- Outlawyertheestablishment.com
- Outlawyerit.net
- Outlawyerthesystem.info
- Outlawyerinsights.biz
- Outlawyerinsights.info
- Hiretheoutlawyer.net
- Callthoutlawyer.net
- Calltheoutlawyer.info
- Gooutlawyer.info
- Alabamaoutlawyer.net
- Mississippioutlawyer.com
- Mississippioutlawyer.org
- Coloradooutlawyer.info
- Southcarolinaoutlawyer.org
- Kentuckyoutlawyer.net
- Kentuckyoutlawyer.com
- Northcarolinaoutlawyer.info
- Arkansasoutlawyer.org
- Floridoutlawyer.com
- Floridayoutlawyer.org
- Tennesseeoutlawyer.org
- Georgiaoutlawyer.info
- Texasoutlawyer.com
- Texasoutlawyer.org
- Southernoutlawyer.info
- Cowboyhatoutlawyer.net

| | | |
|---|---|---|
| Cowboyhatoutlawyer.org | Cowboyoutlawyer.info | Cowboyhatattorney.net |
| Cowboyhatattorney.com | Cowboyhatlawyer.org | Cowboyhatattorney.info |
| Cowboyinuryattorney.com | Cowboyhatinjuryattorney.com | Cowboyinjurylawyer.com |
| Cowboyhatinjurylawyer.com | | |