FILED
2018 Oct-26 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# *ABBOTT v. SLOCUMB LAW FIRM*
## United States District Court for the Northern District of Alabama

# EXHIBIT D

