*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama

**EXHIBIT G**



