FILED

2018 Oct-26  PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

*ABBOTT v. SLOCUMB LAW FIRM*
**United States District Court for the
Northern District of Alabama**

# EXHIBIT H

