*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama

# EXHIBIT I

# MATT ABBOTT
## "THE OUTLAWYER"™



**ABBOTT LAW FIRM, L.L.C.**
2100 Morris Ave.
Birmingham, AL 35203
PH: (205) 338-7800 | FX: (205) 224-5576
matt@outlawyer.com
**outlawyer.com**

### PLAINTIFF PERSONAL INJURY - GENERAL

Matt Abbott, also known as "The Outlawyer"™, proudly represents the legal needs of those with personal injury and wrongful death claims in Alabama, Georgia and Mississippi. From his office in Birmingham, Abbott focuses on the litigation areas of tractor-trailer accidents, automobile accidents, defective product liability, and medical and pharmaceutical negligence. He also serves clients who have been victims of consumer fraud and insurance bad faith. Abbott strives to protect those who are the victim of civil rights violations and holds those accountable for fraud against the government through qui tam actions under the False Claims Act. "The Outlawyer"™ is known for taking a no-nonsense and outside-the-box approach to plaintiff's litigation, and currently has cases pending in multiple states and jurisdictions across the country.

