# *ABBOTT v. SLOCUMB LAW FIRM*
## United States District Court for the Northern District of Alabama

# EXHIBIT J

SPECIAL PROMOTION

## ATTORNEY MATT ABBOTT
## "THE OUTLAWYER®"
### ABBOTT LAW FIRM, L.L.C.

Attorney Matt Abbott "The Outlawyer®" is not your ordinary lawyer. He takes a different approach when it comes to personal injury and wrongful death litigation by setting himself apart from the rank and file. From his law office on Morris Avenue, Abbott represents the injured and their families in the litigation areas of tractor-trailer accidents, automobile accidents, defective product liability, and medical and pharmaceutical negligence. Abbott also strives to protect those who are the victims of civil rights violations and/or employment discrimination. Abbott works to hold those accountable for fraud against the government by his involvement with qui tam actions under the False Claims Act, and is currently involved in litigation pending in multiple states across the country.

Abbott is licensed to practice law in Alabama, Mississippi and Georgia, and is admitted to the United States District Courts for the Northern, Middle and Southern Districts of Alabama as well as for the Northern and Southern Districts of Mississippi, the United States Court of Appeals for the 5th Circuit and 11th Circuit and the United States Supreme Court. He belongs to the American Association for Justice, The National Trial Lawyers, the Alabama Association for Justice, the Mississippi Association for Justice and the Southern Trial Lawyers Association. Abbott also maintains membership with multiple National Personal Injury Legal Societies and Associations, as well as the National Police Accountability Project. Abbott's legal peers awarded him an AV-Preeminent* rating with Martindale-Hubbell in 2010, at the age of 36.

All of his clients have his personal cell number to reach him anytime, and Abbott prides himself on client service and satisfaction. "My clients can talk to me like they are talking to their neighbor, says Abbott, and in the end, my goal is to help them 'out-lawyer' the other side…" Abbott has "two children, a cool ex-wife and a smoking hot girlfriend." In his spare time, he enjoys college football, hunting/fishing, playing the drums, cold beer and he appears often to "enjoy a good rock show" at many of Birmingham's live music venues.



THE OUTLAWYER®
MATT ABBOTT

2100 Morris Avenue | Birmingham, AL 35203
205.3387800
 outlawyer.com

B-METRO'S CITY GUIDE 2018 LAW



No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawye