FILED
2018 Oct-26 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama

# EXHIBIT K

