FILED
2018 Oct-26 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama

# EXHIBIT M

*ABBOTT v. SLOCUMB LAW FIRM*
United States District Court for the
Northern District of Alabama



Joseph P. Schilleci, Jr.	jps@schillecitortoricilaw.com

September 14, 2018

VIA CERTIFIED MAIL AND ELECTRONIC MAIL (mike@slocumblaw.com)
Michael W. Slocumb, Esq.
Slocumb Law Firm, LLC
145 East Magnolia Avenue, Suite 201
Auburn, Alabama 36830

This office represents Matt Abbott and The Abbott Law Firm, LLC (collectively, "Abbott"). Abbott has been practicing law in the State of Alabama and nationwide since 2000. In connection therewith, Abbott is the owner of United States Patent and Trademark Office Registration Number 5,083,664 for THE OUTLAWYER. My client also owns numerous website domains, including, but not limited to www.outlawyer.com. Most importantly, my client has developed and owns a distinct and unique character and persona for use with THE OUTLAWYER trademark. This persona includes a distinctive brown cowboy style hat, dark leather jacket and western-style background music played in multiple advertising formats. This image represents an aggressive, renegade and outlaw approach and style utilized by Abbott in the representation of his clients. Together, these elements, collectively referred to as "The Outlawyer Persona", now encompass substantial and significant trade dresses and styles displayed in multiple advertising formats that the public have come to recognize as associated with my client and THE OUTLAWYER trademark. As such, Abbott has developed The Outlawyer Persona into his own alter ego and thus, has developed substantial goodwill in THE OUTLAWYER trademark and The Outlawyer Persona.

It has recently been brought to our attention that you have begun airing a television commercial in which you appear to portray a renegade cowboy style character that is wearing a brown cowboy hat and brown leather jacket while a western style music plays in the background. It is my understanding that this advertisement is currently running multiple times during the daytime hours in the Birmingham, Alabama marketplace, and presumably, other marketplaces, as well. A cursory viewing of this advertisement makes clear that it is a deliberate and intentional effort on your part to capitalize and trade off THE OUTLAWYER trademark and The Outlawyer Persona. Abbott has not granted you or anyone else permission or authorization to use either THE OUTLAWYER trademark or The Outlawyer Persona.

Michael W. Slocumb, Esq.
Page 2 of 3

Based upon the foregoing, it is undeniably clear that your actions infringe upon THE OUTLAWYER trademark and violate Abbott's proprietary and intellectual property rights to the same, as well as The Outlawyer Persona. Such conduct constitutes trademark infringement, unfair competition, false designation of origin and dilution of the distinctive quality of such marks and trade dresses under applicable law. Additionally, your use of The Outlawyer Persona without Abbott's permission constitutes an unauthorized use of Abbott's likeness and image. Finally, your advertisement appears to portray Abbott in a grossly negative and defamatory manner intended to make fun of Abbott and The Outlawyer Persona.

Under the applicable law, the court has the authority to issue injunctions and award monetary damages, including statutory damages and disgorgement of any profits, as well as, costs and attorney's fees in any trademark infringement actions. Additionally, such remedies are further available with respect to Abbott's claims against you for the unauthorized use of his image and for the negative and defamatory characterization of Abbott.

The foregoing unauthorized and unlawful conduct by you has caused and will continue to cause damage and irreparable injury to Abbott and diminishes the valuable good will associated with THE OUTLAWYER trademark and Abbott's proprietary and intellectual property rights associated therewith and with The Outlawyer Persona. Therefore, Abbott demands that you immediately CEASE AND DESIST from the marketing, advertising, or promoting any services or goods under THE OUTLAWYER trademark or any confusingly similar name or mark, as well as from the use of The Outlawyer Persona or any confusingly similar image. Furthermore, Abbott demands that you cease and desist from use of THE OUTLAWYER trademark and The Outlawyer Persona in regard to any advertising in any format, web site, and/or promotional / marketing literature.

In connection with these demands, Abbott further demands that you immediately comply with the following:

1) Inform all media outlets to immediately cease running of any violative advertisements as set forth herein;

2) Retract publicly and prominently all negative and defamatory characterizations of Abbott;

3) Ensure that all documentary evidence and electronic information residing within the files and technological infrastructure of your business, as well as your personal computers, be safeguarded and preserved. Such information would include, but not be limited to, electronic documents, email, electronic correspondence, images, graphics, deleted files, spreadsheets,

databases, system usage logs, Internet history and cache files, as well as, enterprise user information, such as contact lists and calendars;

4) Suspend routine document destruction, recycling of backup takes, disk defragmentation or compression, and deletion of documents; and

5) Incorporate a prominent disclaimer on your home page, all social media and in any advertisement that expressly states that services, opinions, advice and products offered therein have no affiliation, approval, sponsorship and/or relationship to Abbott and THE OUTLAWYER trademark.

Abbott demands you immediately comply with the terms of this letter and that you certify your compliance in writing. The undersigned must receive written confirmation of your compliance with the foregoing demands by close of business on September 21, 2018. Abbott has authorized this firm to take all steps necessary to protect its trademarks and proprietary and intellectual property, including the filing of litigation. However, no statement contained within this letter should be construed as waiving or otherwise limiting, Abbott's rights to seek any other appropriate remedies in the event this matter is not resolved amicably. It is imperative that you promptly act now as outlined in this letter.

Sincerely,

/s/ *Joseph P. Schilleci, Jr.*

Joseph P. Schilleci, Jr.
For the Firm


cc:    Matt Abbott, Esq.