Case 2:18-cv-01780-JHE   Document 8   Filed 01/14/19   Page 1 of 2

FILED
2019 Jan-14 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATT ABBOTT, an individual, <br> THE ABBOTT LAW FIRM, LLC, <br> an Alabama Limited Liability Company, | ) <br> ) <br> ) <br> ) | **Summons** <br> (Issued pursuant to Rule 4 of <br> the Federal Rules of Civil <br> Procedure) |
| Plaintiffs, | ) <br> ) | |
| V. | ) <br> ) | CIVIL ACTION NO.: <br> 2:18-CV-01780-JHE |
| SLOCUMB LAW FIRM, LLC, an <br> Alabama limited liability company; <br> MICHAEL W. SLOCUMB, an <br> Individual; and JOHN DOES 1 – 10, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## ALIAS SUMMONS

To:   Michael W. Slocumb
      2750 Grand National Parkway
      Opelika Alabama 36801-1661

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph P. Schilleci, Jr.
Jason P. Tortorici
Schilleci & Tortorici, P.C.
2821 2nd Avenue South, Suite E
Birmingham, Alabama 35233

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   January 8, 2019

Sharon N. Harris, Clerk
By: *Shirley A. Williams*
Deputy Clerk
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE

I hereby certify and return that on the __12__ day of __JANUARY__, 2019, I served this summons together with the complaint as follows:

__X__ By personal service on this defendant at __AUBURN UNIVERSITY BASKETBALL ARENA LEE COUNTY, ALABAMA__

____ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served).

_____

_____

____ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served).

_____

_____

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__1/12/2019__                                  __BByy LLC PI #455__
Date                                                   Authorized or Specially Appointed Process Server

Costs of Service:

I HANDED MIKE SLOCUMB THE DOCUMENTS AT 2:40 PM ON 1/12/2019  BS
AU CAMPUS